IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARNULFO FIGUEROA, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-cv-00026 |
| | § | |
| | § | |
| CITY OF CORPUS CHRISTI, | § | |
|     DEFENDANT | § | JURY |

**PROPOSED JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties file this Proposed Joint Stipulation of Dismissal and request the Court enter an Order dismissing this action with prejudice. The parties have reached an agreement resolving their dispute and have agreed that each party will bear his or its own attorneys' fees and costs.

    Respectfully submitted,

By: **/s/ Neely E. Balko**
**Neely E. Balko**
ASSISTANT CITY ATTORNEY
State Bar I.D. No. 24082652
Fed. I.D. No. 1986618
CITY OF CORPUS CHRISTI
LEGAL DEPARTMENT
P.O. Box 9277
Corpus Christi, Texas 78469-9277
Telephone: (361) 826-3360
Facsimile: (361) 826-3239
Email: NeelyB@cctexas.com

**ATTORNEY FOR DEFENDANT**

By: **/s/ Charles C. Smith**
**Charles C. Smith**
State Bar No. 18550210
Admission No. 4312
Law Office of Charles C. Smith, PLLC

1

2

615 N. Upper Broadway, Ste. 1710
Corpus Christi, Texas 78401
Telephone: (361) 883-1055

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing document was served electronically on the following Filing User(s), through the Notice of Electronic Filing, on this 8th day of November, 2021:

*Via Electronic Filing and Service:*
Mr. Charles C. Smith
Law Office of Charles C. Smith, PLLC
615 N. Upper Broadway, Ste. 1710
Corpus Christi, Texas 78401

                               **/s/ Neely E. Balko**
                               **Neely E. Balko**